UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 19-cv-10072-JEM

MEMPHIS LUCIO,

    Plaintiff,
vs.

SUNSET WATERSPORTS, INC.,
a Florida corporation for profit,

    Defendant.
_____/

## *UNOPPOSED* MOTION TO STAY THE CASE FOR A PERIOD OF SIX (6) MONTHS TO ALLOW THE PLAINTIFF TO COMPLETE HIS MEDICAL TREATMENT

The Plaintiff, MEMPHIS LUCIO, unopposed by Defendant SUNSET WATERSPORTS, INC., ("SUNSET") hereby files this Unopposed Motion to stay the case for a period of six (6) months to allow the Plaintiff to complete his medical treatment, and for good cause state as follows.

1. This matter arises from personal injuries the Plaintiff suffered while a passenger aboard the Defendant's vessel. The Plaintiff alleges that on or about September 6, 2016, he was walking to his seat in the dining room when he fell in an open hatch and injured his back and neck.

2. Plaintiff was 15 years old at the time of the incident.

3. Even though Plaintiff was still actively treating, on May 10, 2019, the Plaintiff filed his Complaint to comply with the statute of limitations period set forth. [D.E. 1]

4. On July 11, 2019, this Court issued its Order Setting Civil Trial Date and Pretrial Schedule setting this matter for the two week jury trial period beginning August 3, 2020. [D.E. 12]. Pursuant to the Court's Order, the parties must exchange expert reports on January 6, 2020 and the discovery cut-off is March 26, 2020. *Id*.

5. The Parties have been actively engaged in discovery, propounding written discovery requests and coordinating the depositions of corporate representatives, crewmembers and witnesses who were aboard the vessel and/or located in different states and countries. The parties are also in the process of scheduling a vessel inspection. Counsel for Plaintiff and Defendant frequently work together on similar cases and will continue to work in good faith.

6. Nonetheless, the Plaintiff is still actively treating for his shipboard injuries. His treating doctor, Steve Vogler, MD, has determined that conservative treatment, including, physical therapy, is currently the best course of treatment because of Plaintiff's age. Plaintiff is scheduled to continue physical therapy for the next three months, after which the Plaintiff will undergo another evaluation by his neurosurgeon.

7. In order to properly adjudicate this case and complete discovery, the parties reasonably need to know the outcome of the Plaintiff's treatment. The parties agree that a brief six (6) month stay of the case will allow the plaintiff to undergo additional treatment and allow the parties to better understand Plaintiff's condition and future care needs.

8. The Parties submit that the requested stay benefits the interests of judicial economy and justice. This request is not made for purposes of delay and will not prejudice either Party should it be granted. Rather it is made in a good faith effort to facilitate the completion of full discovery and to otherwise allow the Parties to attempt to resolve the matter without further burden on this Honorable Court.

9. At the completion of the six month stay the parties will file a joint notice with the Court advising the court of the status of the plaintiff's medical treatment.

10. The parties will continue to engage in discovery during the extended period of time to streamline issues and potentially resolve some or all issues.

11. This Honorable Court has broad discretion to amend its scheduling order when good cause is shown. *See Johnson v. Bd. Of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir.

2011)("[W]e accord district court broad discretion over the management of pre-trial activities, including discovery and scheduling."); Fed. R. Civ. P. 6(b); *see Abdullah v. City of Jacksonville*, 242 Fed. Appx. 661, 664 (11th Cir. 2007); *Chrysler Int'l Corp. v., Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002("At the heart of this case is the authority of the district court to control the pace of litigation before it. At the outset, we stress the broad discretion district courts have in managing their cases."); S.D. Fla. L.R. 7.1(a)(1)(J).

12. Pursuant to Local Rule 7.1, Defendant SUNSET does not oppose the relief sought herein.

**WHEREFORE**, the Plaintiff MEMPHIS LUCIO, respectfully requests this Honorable Court enter an Order staying this matter for a period of six (6) months from the date of the order, and remove this matter from its August 3, 2020, Trial Calendar.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Andrew S. Freedman*
    **MICHAEL A. WINKLEMAN**
    Florida Bar No. 36719
    mwinkleman@lipcon.com
    **ANDREW S. FREEDMAN**
    Florida Bar No. 091087
    afreedman@lipcon.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on January 7, 2020, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Andrew S. Freedman*
   **ANDREW S. FREEDMAN**

## SERVICE LIST

**Michael A. Winkleman**
Florida Bar No.: 36719
mwinkleman@lipcon.com
**Andrew S. Freedman**
Florida Bar No.: 091087
afreedman@lipcon.com
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 373-3016
Facsimile:  (305) 373-6204
*Attorneys for Plaintiff*

**Jonathan W. Skipp**
Florida Bar No.: 710570
jskipp@admiral-law.com
**Brian T. Scarry**
Florida Bar No.: 914230
**bscarry@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Defendant*