UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
**Case Number: 19-10072-CIV-MARTINEZ-OTAZO-REYES**

MEMPHIS LUCIO,

      Plaintiff,

vs.

SUNSET WATERSPORTS, INC.,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY, CLOSING CASE FOR STATISTICAL PURPOSES, AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Stay the Case for a Period of Six (6) Months to Allow the Plaintiff to Complete His Medical Treatment, [ECF No. 13], filed on **January 7, 2020**.

Given the Plaintiff's current health, the Court finds it advisable to place the cause in civil suspense. Accordingly, it is

**ORDERED AND ADJUDGED** that:

I.    Plaintiff's Unopposed Motion to Stay the Case, [ECF No. 13], is **GRANTED**.

II.    The Clerk of this Court shall mark this cause as **CLOSED** for statistical purposes and place the matter in a civil suspense file.

III.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

IV.    This order shall not prejudice the rights of the parties to this litigation.

V.  The parties SHALL jointly notify the Court by **June 7, 2020**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of January 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
Magistrate Judge Otazo-Reyes