UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 19-cv-10072-JEM

MEMPHIS LUCIO,

    Plaintiff,
vs.

SUNSET WATERSPORTS, INC.,
a Florida corporation for profit,

    Defendant.
_____/

## JOINT STATUS REPORT

The Plaintiff, MEMPHIS LUCIO, and the Defendant, SUNSET WATERSPORTS, INC., by and through their undersigned counsel and pursuant to this Court's Order Granting Plaintiff's Unopposed Motion to Stay [ECF #14], hereby file their Joint Status Report, as follows:

1. On January 7, 2020, the Court Granted Plaintiff's Unopposed Motion to Stay, at least in part due to the fact that the Plaintiff was still treating for the injuries he alleges to have sustained as a result of the underlying incident.

2. To date, the Plaintiff is still actively treating, albeit, due to COVID-19, there have been some issues with his physically attending certain appointments.

3. Even though this matter is under a court-ordered stay, the Parties have been actively cooperating with each other concerning discovery matters. As previously advised, Counsel for Plaintiff and Defendant frequently work together on similar cases and will continue to work in good faith toward a resolution of this claim.

4. The parties will continue to engage in discovery during the extended period of time to streamline issues and potentially resolve some or all issues.

5. Pursuant to the terms of the Court's Order [ECF #14], the parties will notify the Court in three months as to the current status of the proceedings and when this action will be ready to proceed.

Respectfully submitted,

| | |
|---|---|
| /s/ *Andrew S. Freedman* | /s/ *Jonathan W. Skipp* |
| **Andrew S. Freedman** | **Jonathan W. Skipp** |
| Florida Bar No.: 091087 | Florida Bar No.: 710570 |
| afreedman@lipcon.com | jskipp@admiral-law.com |
| **Michael A. Winkleman** | **Craig P. Liszt** |
| Florida Bar No. 36719 | Florida Bar No.: 63414 |
| mwinkleman@lipcon.com | cliszt@admiral-law.com |
| LIPCON, MARGULIES, | HORR, NOVAK & SKIPP, P.A. |
| ALSINA & WINKLEMAN, P.A. | Two Datran Center, Suite 1700 |
| One Biscayne Tower, Suite 1776 | 9130 South Dadeland Boulevard |
| 2 South Biscayne Boulevard | Miami, FL  33156 |
| Miami, Florida 33131 | Telephone: (305) 670-2625 |
| Telephone No.: (305) 373-3016 | Facsimile: (305) 670-2526 |
| Facsimile No.: (305) 373-6204 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 5, 2020, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Andrew S. Freedman*
**ANDREW S. FREEDMAN**

## SERVICE LIST

**Michael A. Winkleman**
Florida Bar No.: 36719
mwinkleman@lipcon.com
**Andrew S. Freedman**
Florida Bar No.: 091087
afreedman@lipcon.com
LIPCON, MARGULIES, ALSINA &
WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
*Attorneys for Plaintiff*

**Jonathan W. Skipp**
Florida Bar No.: 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
**cliszt@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant*