UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 19-cv-10072-JEM

MEMPHIS LUCIO,

     Plaintiff,

vs.

SUNSET WATERSPORTS, INC.,
a Florida corporation for profit,

     Defendant.

_____/

## JOINT STATUS REPORT

The Plaintiff, MEMPHIS LUCIO, and the Defendant, SUNSET WATERSPORTS, INC., by and through their undersigned counsel and pursuant to this Court's Order Granting Plaintiff's Unopposed Motion to Stay [ECF #14], hereby file their Joint Status Report, as follows:

1.     On January 7, 2020, the Court Granted Plaintiff's Unopposed Motion to Stay, at least in part due to the fact that the Plaintiff was still treating for the injuries he alleges to have sustained as a result of the underlying incident.

2.     Now, thanks to the additional time afforded to the parties as a result of the Stay, the parties are ready, willing and able to vacate the stay and place this matter back on this Honorable Court's trial calendar.

3.     Plaintiff will submit his Motion to Vacate the Stay following the entry of this Joint Status Report.

     Respectfully submitted,

 /s/ *Michael A. Winkleman*                          /s/ *Jonathan W. Skipp*
**Michael A. Winkleman**                          **Jonathan W. Skipp**
Florida Bar No. 36719                              Florida Bar No.: 710570
**mwinkleman@lipcon.com**                          **jskipp@admiral-law.com**
**Andrew S. Freedman**                             **Craig P. Liszt**
Florida Bar No.: 091087                            Florida Bar No.: 63414
**afreedman@lipcon.com**                           **cliszt@admiral-law.com**
LIPCON, MARGULIES                                  HORR, NOVAK & SKIPP, P.A.
& WINKLEMAN, P.A.                                  Two Datran Center, Suite 1700
One Biscayne Tower, Suite 1776                     9130 South Dadeland Boulevard
2 South Biscayne Boulevard                         Miami, FL  33156
Miami, Florida 33131                               Telephone: (305) 670-2625
Telephone No.: (305) 373-3016                      Facsimile:  (305) 670-2526
Facsimile No.:   (305) 373-6204                    *Attorneys for Defendant*
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 11, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.


By: */s/ Andrew S. Freedman*
    **ANDREW S. FREEDMAN**

## SERVICE LIST

*Lucio vs. Sunset Watersports, Inc,*
Case No. 19-cv-10072-JEM

| | |
|---|---|
| **Michael A. Winkleman** | **Jonathan W. Skipp** |
| Florida Bar No.: 36719 | Florida Bar No.: 710570 |
| mwinkleman@lipcon.com | jskipp@admiral-law.com |
| **Andrew S. Freedman** | **Craig P. Liszt** |
| Florida Bar No.: 091087 | Florida Bar No.: 63414 |
| afreedman@lipcon.com | **cliszt@admiral-law.com** |
| LIPCON, MARGULIES & | HORR, NOVAK & SKIPP, P.A. |
| WINKLEMAN, P.A. | Two Datran Center, Suite 1700 |
| One Biscayne Tower, Suite 1776 | 9130 South Dadeland Boulevard |
| 2 South Biscayne Boulevard | Miami, FL  33156 |
| Miami, FL  33131 | Telephone: (305) 670-2525 |
| Telephone: (305) 373-3016 | Facsimile:  (305) 670-2526 |
| Facsimile:  (305) 373-6204 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |