UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 19-10072-CIV-MARTINEZ-OTAZO-REYES

MEMPHIS LUCIO,

    Plaintiff,

vs.

SUNSET WATERSPORTS, INC.,

    Defendant.
_____/

## REVISED SCHEDULING ORDER

Trial is scheduled to commence during the two-week period beginning **Monday, April 25, 2022 at 9:30 a.m.,** before Jose E. Martinez, United States District Judge, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar Call will be held on **April 21, 2022 at 1:30 p.m.** 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128. **All counsel may appear by telephone at Calendar Call.** If appearing by phone, a few minutes before 1:30 p.m., counsel shall call the toll-free number, 1-888-684-8852; and:

a. Enter Access Code Number **7677597** followed by the # sign;

b. Enter Security Code Number **5590** followed by the # sign; and

c. State your name, the name of the party you represent, and enter the Conference.

**IT IS ORDERED AND ADJUDGED** as follows:

1. No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2. Every motion filed in this case shall be accompanied by **one proposed original order granting** the motion. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface.

3. **All other provisions of the Court's initial Scheduling Order, [ECF No. 12], remain in full force and effect, unless otherwise provided by Court Order.**

## **REVISED SCHEDULING ORDER**

The following timetable shall govern the pretrial procedures in this case. This schedule shall not be modified absent compelling circumstances. **All motions for an enlargement of time for discovery and relating to dispositive motions must include a statement as to whether the requested extension will affect the trial date or any other deadline set forth in this timetable**. Failure to include such a statement may be grounds for denial of the motion.

| | |
|---|---|
| 8-30-2021 | Motions to join additional parties, amend the complaint, and class certification. |
| 9-27-2021 | Parties shall exchange expert witness summaries and reports. |
| 10-7-2021 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 10-27-2021 | Parties exchange rebuttal expert witness summaries and reports. |
| | Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers. |
| 12-16-2021 | All discovery, including expert discovery, shall be completed. |
| 12-27-2021 | A mediator must be selected. |
| 1-17-2022 | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each undisputed fact shall be individually numbered and separated by paragraphs. This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1. |
| | Note: If there are any unresolved discovery disputes pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved disputes together with their status. |
| 2-24-2022 | Mediation shall be completed. |
| 3-11-2022 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave |

of Court, exceed the 20-page limit allowed by the Rules.

| | |
|---|---|
| 3-28-2022 | Joint Pretrial Stipulation must be filed. |
| 4-18-2022 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 4-21-2022 | Proposed *voir dire* questions must be filed. |

**Failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.**

It is the duty of all counsel and *pro se* litigants to enforce the timetable set forth here to ensure an expeditious resolution of this cause.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record